**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUN -6 2007**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  4:07CR 00156-01 GTE |
| | ) | |
| MARTIN K. HAYES | ) | 29 U.S.C. 501(c) |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

Between in or about January 2001 through November 2005, in the Eastern District of Arkansas,

### MARTIN K. HAYES

while an officer of the United Steel Workers of America Local 1671, a labor organization engaged in an industry affecting commerce, embezzled, stole and unlawfully and willfully converted to his own use the moneys and funds of said labor organization in the approximate amount of $9,033.25.

All in violation of Title 29, U.S.C. § 501(c).

(End of Text.   Signature page attached.)